# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. § 846 – Conspiracy to Distribute Controlled Substances (Count One); 21 U.S.C. § 841(a) and 18 U.S.C. § 2 – Distribution of Controlled Substances and Aiding and Abetting (Counts Two through Five); 18 U.S.C. § 1349 – Conspiracy to Commit Health Care Fraud (Count Six); 18 U.S.C. § 1512(k) – Conspiracy to Obstruct Justice (Count Seven)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attachment.

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ DONE GLOBAL, INC.

DISTRICT COURT NUMBER

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes  ☐ No   If "Yes" give date filed _____ Month/Day/Year

DATE OF ARREST ▶ _____ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ _____ Month/Day/Year

☐ This report amends AO 257 previously submitted

**FILED**
Dec 17 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Drug Enforcement Agency

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO. _____

Name and Office of Person Furnishing Information on this form: Craig H. Missakian
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Kristina Green

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount: N/A

If Summons, complete following:
☒ Arraignment  ☒ Initial Appearance

Defendant Address:

Comments:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 12/23/2025    Before Judge: Hixon

**ATTACHMENT: MAXIMUM PENALTIES**

Count One: Conspiracy to Distribute Controlled Substances (21 U.S.C. § 846):
$5,000,000 fine (21 U.S.C. § 841(b)(1)(C)) or twice the gross profits or other proceeds (21 U.S.C. § 855)
Mandatory special assessment of $100
Restitution
Forfeiture

Counts Two through Five: Distribution of Controlled Substances (21 U.S.C. 841(a) and (b)(1)(C), 18 U.S.C. § 2):
$5,000,000 fine (21 U.S.C. § 841(b)(1)(C)) or twice the gross profits or other proceeds (21 U.S.C. § 855)
Mandatory special assessment of $100
Restitution
Forfeiture

Count Six: Conspiracy to Commit Health Care Fraud (18 U.S.C. § 1349):
$500,000 fine (18 U.S.C. § 3571(c)(3)) or twice the gross gain or loss (18 U.S.C. § 3571(d))
Mandatory special assessment of $100
Restitution
Forfeiture

Count Seven: Conspiracy to Obstruct Justice (18 U.S.C. § 1512(k)):
$500,000 fine (18 U.S.C. § 3571(c)(3)) or twice the gross gain or loss (18 U.S.C. § 3571(d))
Mandatory special assessment of $100