UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 3:25-cr-00432

UNITED STATES OF AMERICA

vs.

DONE GLOBAL, INC. and
MINDFUL MENTAL WELLNESS P.A.,

                      **Defendants.**
_____/

## UNITED STATES' NOTICE OF APPEARANCE

The United States of America hereby files this Notice of Appearance to advise the court that Trial Attorney Jil Simon appears for the United States in this case. Please add her to the list of counsel appearing for the United States and please add her to the list of persons to be noticed.

                      Respectfully submitted,

                      LORINDA LARYEA
                      ACTING CHIEF, FRAUD SECTION
                      CRIMINAL DIVISION
                      U.S. DEPARTMENT OF JUSTICE

                      /s/ *Jil Simon*
                      Jil Simon
                      Trial Attorney
                      DC Bar No. 1030206
                      Criminal Division, Fraud Section
                      U.S. Department of Justice
                      1400 New York Avenue, N.W.
                      Washington, D.C. 20005
                      Phone: (202) 262-7086
                      Jil.Simon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on December 17, 2025, I electronically filed and served this document via CM/ECF.

/s/ *Jil Simon*
Jil Simon
Trial Attorney
DC Bar No. 1030206
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 262-7086
Jil.Simon@usdoj.gov